# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **M-11-594**

2) Defendant's Name: Lajq i  Bajram
   (Last) (First) (M.I.)

3) Age: _____

4) Title: _____  Section(s): _____

5) Citizen of: _____  Needs: _____ Interpreter

6) Arrest Warrant Issued: _____  Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes ___No   Other District: _____

8) Name of Interpreter used today: _____  Language: _____

9) Arraignment on complaint held: ✓ Yes ___No   Date/Time: 6/9/11

10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ✓

11) Temporary Order of Detention Entered: ✓   Bail Hearing set for: 6/14/11 @ 11 AM

12) (a) Preliminary Hearing set for: _____; or waived: _____

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: Steven Tiscione

14) DEFENSE COUNSEL'S NAME: Jean DeSales Barrett
    Address: _____
    Bar Code: _____ CJA: ✓ FDNY: ___ RET: ___
    Telephone Number: ( )

15) LOG #: ( 3:39 - 3:43 )  MAG. JUDGE: James Orenstein
    3:47 - 3:52

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

UNITED STATES MAGISTRATE JUDGE