## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE Marilyn D. Go**                             **DATE : 6/14/11**

DOCKET NUMBER: 11-594M                    LOG # : 11 26 11:33

DEFENDANT'S NAME: **Bajram Lajqi**
          ✓ Present     ___ Not Present          ✓ Custody    ___ Bail

DEFENSE COUNSEL : ~~Jean DeSales Barrett~~  Melvin Kornberg
          ___ Federal Defender    ___ CJA          ✓ Retained

A.U.S.A: **Steven Tiscione**           DEPUTY CLERK : **K. DiLorenzo**

INTERPRETER : _____ (Language) _____

____ Hearing held.  ____ Hearing adjourned to ____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____  Start____  Stop____

____ Order of Speedy Trial entered.   Code Type____  Start____  Stop____

____ Defendant's first appearance.   ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS : Preliminary hearing waived